ALBERT G. STOLL, JR. SBN 164649
ALBERT G. STOLL, JR. | A LAW CORPORATION
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
PHONE 415-576-1500
FAX 415-576-1501
ATTORNEY FOR PLAINTIFFS AND COUNTER-DEFENDANTS JONATHAN NICHOLAS and MARIE NICHOLAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS and MARIE NICHOLAS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES; AXA EQUITABLE LIFE INSURANCE COMPANY; THE EQUITABLE OF COLORADO, INC.; GOBIN CHATANI.<br><br>    Defendants. | CASE NO.:  C05-04398-CRB<br><br>STIPULATED DISMISSAL OF COMPLAINT AND COUNTERCLAIM FOR DECLARATORY RELIEF<br><br>[FRCP Rule 41(A)(1)(ii)]<br><br>Complaint Filed: 10/8/2005 |
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA LIFE AND ANNUITY COMPANY<br><br>    Counter-claimants,<br><br>  vs.<br><br>JONATHAN NICHOLAS and MARIE NICHOLAS,<br><br>    Counter-defendants. | |

Stipulated Dismissal                                    1                    Case Number C05-04398-CRB

ALL PARTIES to this action stipulate to dismiss JONATHAN NICHOLAS and MARIE NICHOLAS' complaint filed on October 8, 2005 and the Counterclaim for Declaratory relief filed by AXA EQUITABLE LIFE INSURANCE COMPANY and AXA LIFE AND ANNUITY COMPANY on January 17, 2006.  This stipulated dismissal is being done without prejudice and with a mutual waiver of costs.

RESPECTFULLY SUBMITTED,

Dated:  March 21, 2006

BARGER & WOLEN LLP

By:  _____/s/_____
J. Russell Stedman
William Lee
Attorneys for Defendants
AXA EQUITABLE LIFE INSURANCE COMPANY and AXA LIFE AND ANNUITY COMPANY

Dated:  March 22, 2006

ALBERT G. STOLL, JR.
A LAW CORPORATION

By:  _____/s/_____
Albert G. Stoll, Jr.
Attorneys for Plaintiffs
JONATHAN NICHOLAS AND MARIE NICHOLAS

March 24, 2006



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA